**DISMISS; and Opinion Filed July 24, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01448-CV

**DELORES RUBIO, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF WILLIE PEDRO RUBIO, JR., Appellant
V.
EXCELL ELECTRICAL CONTRACTORS, INC., Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-14-01239-D**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant has

informed the Court that the issues on appeal have been resolved and the appeal is now moot.

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141448F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DELORES RUBIO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIE PEDRO RUBIO, JR., Appellant

No. 05-14-01448-CV     V.

EXCELL ELECTRICAL CONTRACTORS, INC., Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas.
Trial Court Cause No. CC-14-01239-D.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Whitehill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee EXCELL ELECTRICAL CONTRACTORS, INC. recover its costs of this appeal from appellant DELORES RUBIO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIE PEDRO RUBIO, JR..

Judgment entered this 24th day of July, 2015.